JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAE YANESA BAUTISTA, </br></br> Plaintiff, </br></br> v. </br></br> ERIC H. HOLDER, JR., Attorney General; JANET NAPOLITANO, Secretary of Department of Homeland Security; MICHAEL AYTES, Acting Deputy Director of U.S. Citizenship and Immigration Services; ALFONSO AGUILAR, Chief of Office of Citizenship; and LARRY CRIDER, Acting San Francisco District Director of U.S. Citizenship and Immigration Services, </br></br> Defendants. | No. C 09-2010 EDL </br></br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER and [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the Defendants must serve their answer to the complaint in light of the fact that Plaintiff is scheduled for an interview on her application for naturalization on July 21, 2009.

///

///

///

Stipulation to Extend
C 09-2010 EDL                              1

1 The Defendants will file their answer on or before August 7, 2009.

2 Date: July 7, 2009 Respectfully submitted,

3 JOSEPH P. RUSSONIELLO
United States Attorney

5 /s/
ILA C. DEISS[1]
6 Assistant United States Attorney
Attorneys for Defendants

9 Date: July 7, 2009 /s/
ANGELA M. BEAN
Attorney for Plaintiff

11 **ORDER**

12 Pursuant to stipulation, IT IS SO ORDERED.

13 Date: July 8, 2009

14 ELIZABETH D. LAPORTE
United States Magistrate

IT IS SO ORDERED
Judge Elizabeth D. Laporte

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend
C 09-2010 EDL                2