| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAE YANESA BAUTISTA, | ) | |
| Plaintiff, | ) | No. C 09-2010 EDL |
| v. | ) | **STIPULATION TO DISMISS;** |
| ERIC H. HOLDER, JR., Attorney General; | ) | **[PROPOSED] ORDER** |
| JANET NAPOLITANO, Secretary of<br>Department of Homeland Security; | ) | |
| MICHAEL AYTES, Acting Deputy Director<br>of U.S. Citizenship and Immigration Services; | ) | |
| ALFONSO AGUILAR, Chief of Office of<br>Citizenship; and LARRY CRIDER, Acting | ) | |
| San Francisco District Director of U.S.<br>Citizenship and Immigration Services, | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because Plaintiff's application for citizenship has been granted.

The parties ask that the Court vacate the September 15, 2009 hearing date on Defendants' Motion to Dismiss.

///

///

Stipulation to Dismiss and Vacate Dates
C 09-2010 EDL                                    1

Each of the parties shall bear their own costs and fees.

Date: September 14, 2009                                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: September 14, 2009                                ANGELA M. BEAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  September 14, 2009                               _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss and Vacate Dates
C 09-2010 EDL                                    2